IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY J. GILETTO, JR., **Plaintiff,** | CIVIL ACTION |
| v. | |
| MARTIN J. O'MALLEY, Commissioner of Social Security Administration, **Defendant.** | NO. 22-2368 |

## O R D E R

**AND NOW**, this 5th day of March, 2024, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF 8), the record in this case, the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, dated February 14, 2024, no objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, dated February 14, 2024, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED** to the extent plaintiff seeks a remand to the Acting Commissioner of Social Security and **DENIED** in all other respects;

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Sitarski.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.